```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

BRENDA MCDOUGAL, on her own behalf
and all similarly situated
individuals,

                     Plaintiff,

vs.                               Case No.   2:11-cv-24-FtM-29SPC

FIRST FINANCIAL EMPLOYEE LEASING,
INC., a Florida profit corporation,
BRUCE T. SMITH, individually, LARRY
BENNETT, individually,

                     Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #40), filed August 15, 2011, recommending that the parties' Joint Motion to Approve Settlement and for Dismissal With Prejudice (Doc. #39) be granted, the settlement agreement be approved, and that the case be dismissed with prejudice. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #40) is hereby **adopted**.

2. The parties' Joint Motion to Approve Settlement and for Dismissal With Prejudice (Doc. #39) is **GRANTED** and the Settlement Agreement, Waiver, and Release (Doc. #39-1) is **approved** as fair and reasonable.

3. The Clerk shall enter judgment dismissing the case with prejudice, terminate all deadlines, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of September, 2011.

_/s/ John E. Steele_
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties